UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN ROBERTSON, | Case No. 1:20-cv-01332-BAM |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPENING BRIEF** |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | (Doc. 17) |
| Defendant. | |

On October 15, 2021, the parties filed a stipulation requesting a 30-day extension of time for Plaintiff to file his Opening Brief. Plaintiff explains that an extension is needed because he intends on raising multiple fact-intensive issues. Plaintiff also cites an unusually busy briefing schedule. Defendant reportedly has no objection to the request so long as Defendant is allowed a concomitant extension of time to file a response. (Doc. 17.)

Having considered the parties' stipulation, and good cause appearing, Plaintiff's request for an extension of time to file his Opening Brief is GRANTED. Plaintiff shall file his Opening Brief on or before November 22, 2021. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated:   __**October 18, 2021**__            ____/s/ _Barbara A. McAuliffe_____
                                                              UNITED STATES MAGISTRATE JUDGE

1