PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel
DANIEL P. TALBERT
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4860
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES ROBERTSON,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-01332-BAM<br><br>STIPULATION AND PROPOSED ORDER FOR EXTENSION TO FILE DEFENDANT'S RESPONSE TO PLAINTIFF'S BRIEF |

    The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

    2.    Defendant's response to Plaintiff's opening brief is currently due December 22, 2021.  Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.

4. The Region IX Office employs 44 staff attorneys, of whom 30 are actively handling civil litigation involving the Social Security program in the eight assigned jurisdictions. Most of the attorneys who handle program litigation cases have additional responsibilities, such as litigating in other practice areas described below, acting as Jurisdictional leads, reviewing the work product of junior attorneys, conducting trainings, and participating in national workgroups. In addition, because of attorneys taking unexpected leave or resigning, the Region IX Office has had to re-assign dozens of cases and substitute in new counsel who have had to absorb these re-assigned cases into their existing caseloads.

5. In addition to "program" litigation, the Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories.  These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including Regional office client requests for advice on program issues, employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, and torts.  Because of the high volume of program litigation cases, the Region IX Office has had to focus its efforts on processing only other workloads that are subject to statutory, regulatory, and court deadlines.

6. The undersigned attorney has eleven briefs due in district court cases over the next thirty days.  The undersigned attorney for Defendant is also responsible for reviewing the work of two new attorneys in the Region IX Office.  In addition, the undersigned attorney will be out of the office on pre-approved annual leave from December 20, 2021, until January 3, 2022.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of December 22, 2021.  Therefore, Defendant seeks an

extension of 30 days, until January 21, 2022, to respond to Plaintiff's opening brief.

       8.      This request is made in good faith and is not intended to delay the proceedings in this matter.

       WHEREFORE, Defendant requests until January 21, 2022, to file her response.

Respectfully submitted,

DATE: December 17, 2021        */s/ Meghan Lambert*
MEGHAN LAMBERT
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: December 17, 2021   By  */s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

### ORDER

Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 21, 2022, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 20, 2021**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE