1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON
   Acting Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (510) 970-4860
6       Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JAMES ALLEN ROBERTSON,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant.[1] | No.  1:20-cv-01332-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

The parties stipulate, subject to the approval of the Court, that this action shall be remanded to the Commissioner of Social Security pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.  Upon remand, the Appeals Council will remand the case to an administrative law judge for a new hearing and a new decision.  The

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against Defendant.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATE: January 20, 2022 | *s/ Meghan O. Lambert* <br> MEGHAN O. LAMBERT <br> Attorney for Plaintiff <br> (authorized via email) |
|  | PHILLIP A. TALBERT <br> United States Attorney |
| DATE: January 20, 2022          By | *s/ Daniel P. Talbert* <br> DANIEL P. TALBERT <br> Special Assistant United States Attorney |
|  | Attorneys for Defendant |

ORDER

Based upon the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation. The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **January 21, 2022**            /s/ Barbara A. McAuliffe         _
                                                                                  UNITED STATES MAGISTRATE JUDGE